## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ACCESS NOW, INC., a not-for-profit corporation; R. DAVID NEW; JOHN MULE; STEPHEN YERARDI; and STEPHEN THEBERGE, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE APRON, LLC, <br><br> Defendant. | Case No: 1:17-cv-00116-JL <br> Hon. Chief Judge Joseph N. Laplante |

## DEFENDANT BLUE APRON, LLC'S
## NOTICE OF INTENT TO FILE REPLY

Defendant Blue Apron, LLC ("Defendant" or "Blue Apron"), by and through its counsel, hereby submits notice of its intent to file a reply to Plaintiffs' Memorandum of Law in Opposition (Document No. 34) to Defendant's Motion to Dismiss (Document No. 21), pursuant to Local Rule 7.1(e)(1). A stipulation was entered on August 21, 2017, setting a reply date of September 13, 2017.

July 28, 2017

Respectfully Submitted,
/s/ *Gregory F. Hurley*
Gregory F. Hurley, (Ca. ID No. 126791)
Pro Hac Vice
Michael J. Chilleen, (Ca. ID No. 210704)
Pro Hac Vice
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Main: (714) 513-5100
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

Wilbur A. Glahn, III
McLane Middleton
900 Elm Street
Manchester, NH 03101
Direct: (603) 628-1469/ Fax: (603) 625-5650
*Counsel for Defendant*
*Blue Apron, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2017, a true and correct copy of the foregoing DEFENDANT BLUE APRON, LLC'S RULE 12(b)(6) MOTION TO DISMISS FIRST AMENDED COMPLAINT was filed and served by way of the Court's CM/ECF system on the following counsel of record:

Jason R. L. Major
Backus, Meyer & Branch, LLP
116 Lowell Street
Manchester, NH 03104
(603) 668-7272
jmajor@backusmeyer.com

Benjamin J. Sweet
Kevin W. Tucker
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
(412) 322-9243
bsweet@carlsonlynch.com
ktucker@carlsonlynch.com

*Counsel for Plaintiffs*

/s/ *Gregory F. Hurley*
Gregory F. Hurley