## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ACCESS NOW, INC., a not-for-profit corporation; R. DAVID NEW; JOHN MULE; STEPHEN YERARDI; and STEPHEN THEBERGE,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE APRON, LLC,<br><br>Defendant. | Case No: 1:17-cv-00116-JL |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Access Now, Inc., R. David New, John Mule, Stephen Yerardi, and Stephen Theberge, by and through their undersigned counsel, and hereby advise this Honorable Court of the settlement of this action. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated: May 4, 2018

Respectfully submitted,

*/s/ Edwin J. Kilpela*
Edwin J. Kilpela
Kevin W. Tucker
Carlson Lynch Sweet Kilpela
& Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
(412) 322-9243
ekilpela@carlsonlynch.com
ktucker@carlsonlynch.com

Jason R. L. Major
Backus, Meyer & Branch, LLP
116 Lowell Street
Manchester, NH 03104
(603) 668-7272
jmajor@backusmeyer.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of May, 2018, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed and served electronically through ECF:

                                        /s/ *Edwin J. Kilpela*
                                        Edwin J. Kilpela