IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; JOHN MULE; STEPHEN YERARDI, and STEPHEN THEBERGE,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE APRON, LLC.<br><br>Defendant. | Civil Action No. 1:17-cv-00116-JL<br><br>The Honorable Joseph N. Laplante |

## **STIPULATION OF DISMISSAL**

COMES NOW Plaintiffs Access Now, Inc., R. David New, John Mule, Stephen Théberge, and Stephen Yerardi, and Defendant, Blue Apron, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully Submitted,

*/s/ Edwin J. Kilpela*
Edwin J. Kilpela, Esquire
Benjamin J. Sweet, Esquire
Kevin W. Tucker, Esquire
CARLSON LYNCH SWEET KILPELA
& CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
ekilpela@carlsonlynch.com
bsweet@carlsonlynch.com
ktucker@carlsonlynch.com

*/s/ Greg Hurley*
Greg Hurley, Esquire
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
T. (714) 513-5100
ghurley@sheppardmullin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document filed through the ECF system will be sent electronically to all counsel of record on this date.

Respectfully Submitted,

*/s/ Edwin J. Kilpela*